UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARNELL W. MOON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:23 CV 1563 JMB |
| | ) |
| DANIEL MACKE, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Pursuant to the Order entered on March 25, 2024 (Doc. 33), the United States has provided the addresses for service of process for Defendants Lynn Lyons, Andrew Har, and Clint Vestal.

In light of Plaintiff's *in forma pauperis* status, the Clerk of Court is **DIRECTED** to prepare sufficient summons and copies of the Complaint for service of process on Defendants Lyons, Har, and Vestal at the addresses provided (which are public buildings).  The Clerk shall deliver sufficient copies to the United States Marshal who shall effect service upon the individuals consistent with Federal Rule of Civil Procedure 4(e).  See 28 U.S.C. 1915; FED.R.CIV.P. §4(c)(3). The Clerk is further **DIRECTED** to mail, by registered or certified mail, a copy of the summons and Complaint to the Attorney General of the United States and mail, by registered or certified mail, or hand deliver a copy of the summons and Complaint to the United States Attorney for the Eastern District of Missouri as set forth in Rule 4(i).

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of April, 2024